FRANK P. KELLY, III (SBN: 083473)
fkelly@shb.com
ANDREW L. CHANG (SBN: 222309)
achang@shb.com
EDWARD B. GAUS (SBN: 289561)
egaus@shb.com
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California 94104-4505
Telephone:   415.544.1900
Facsimile:   415.391.0281

Attorneys for Defendant
FORD MOTOR COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL NORTH AMERICA INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY,<br><br>  Defendant. | Case No. 2:16-cv-00487-MCE-EFB<br><br>**STIPULATION AND ORDER RE: EXTENSION OF DISCOVERY DEADLINES** |

Pursuant to L.R. 143 and 144, Federal Rule of Civil Procedure 16, and this Court's Initial Pretrial Scheduling Order dated June 22, 2016 (Dkt 8), the parties in the above-captioned litigation jointly submit this Stipulation in which they seek the approval of the Court for a limited extension of the discovery deadline, currently set for March 8, 2017, for 30 days to April 7, 2017, in order to complete a limited set of depositions in this matter.

### GOOD CAUSE

Federal Rule of Civil Procedure 16 allows a court to modify a scheduling order upon a showing of good cause. Fed. R. Civ. Pro. 16; *see also* Dkt 8 at *6. A court may modify a pretrial scheduling order 'if it cannot reasonably be met despite the diligence of the party seeking the extension." *Johnson v. Mammoth Recreations Inc.* (1992) 975 F.2d 605, 609 (9th

1  Cir.). Rule 16(b)'s "good cause" standard primarily considers the diligence of the party
2  seeking amendment. *Id.* In the present case, the parties have worked diligently and
3  cooperatively to try to schedule all depositions within the discovery period. However, despite
4  their best efforts, the parties have been unable to identify and schedule a date for one
5  deposition. Additionally, the possibility exists that two depositions currently on calendar
6  may need to be moved to accommodate key witnesses in this case. Without the requested
7  extension, Plaintiff Universal America Insurance Company (Plaintiff) and Defendant Ford
8  Motor Company (Defendant) will both be prejudiced in the present case.

9  The present case is a subrogation matter, in which Plaintiff is asserting the claims of
10 its insured. Over the course of several months, the parties have worked cooperatively and
11 diligently to conduct all necessary discovery in this case. Currently, the parties have
12 scheduled a vehicle inspection, multiple fact witness depositions and have exchanged written
13 discovery. However, despite their best efforts, the parties have yet to set the depositions of
14 two key witnesses in this case. Plaintiff seeks a Rule 30(b)(6) deposition of Ford. Defendant
15 seeks to depose the insured in this case. The parties have met and conferred on these issues
16 and agree an extension of the discovery deadline is necessary.

17 On February 1, 2017, Plaintiff served a Rule 30(b)(6) deposition notice on Ford
18 regarding several topics. Ford has identified a person to testify on its behalf. However,
19 Ford's witness cannot be made available for deposition until late March due to prior trial and
20 deposition obligations and a pre-planned vacation. The parties are currently working to find
21 an acceptable date. Plaintiff asserts that, without an extension, Plaintiff will suffer prejudice
22 if forced to litigate this case without the benefit of deposing Ford's PMK.

23 Similarly, Ford served a deposition notice and subpoena on Plaintiffs' insured in this
24 case, Austin D'Souza, on January 31, 2017. The deposition was scheduled for March 3,
25 2017. As the insured, Mr. D'Souza is the person whose claims Plaintiff seeks to assert in this
26 action. However, it now appears that Mr. D'Souza may not be available to attend the
27 deposition on that day. Plaintiff is currently in contact with Mr. D'Souza to determine his
28

availability on March 3, 2017. In the event Mr. D'Souza is unavailable to attend his deposition on March 3, 2017, the parties will likely need to reschedule his deposition after the expiration of the March 8, 2017 discovery deadline. Mr. D'Souza's deposition is necessary for Ford to properly evaluate Plaintiff's claims and damages. Although the parties have worked diligently to schedule Mr. D'Souza's deposition, good cause exists to modify the previous scheduling order to allow for an extension to complete his deposition.

Finally, Defendant also seeks to depose Helen Schureman, a previous owner of the subject vehicle. As a previous owner of the vehicle, Ms. Schureman is likely to provide testimony about any accident, repair or modification of the vehicle during the time she owned the vehicle. Defendant served a deposition notice and subpoena on January 31, 2017. The Notice sets Ms. Schureman's deposition for March 3, 2017. However, despite attempts at multiple addresses and phone numbers, Defendants have been unable to locate and serve Ms. Schureman. Defendants are currently working to locate Ms. Schureman. In the event she cannot be located, her deposition may need to be rescheduled beyond the March 8, 2017 discovery deadline. Ms. Schureman's deposition is necessary for Defendant to fully defend itself at trial. Because Defendant will be prejudiced if forced to litigate the case without the deposition testimony of Ms. Schureman, good cause exists for the Court to grant the parties' stipulation to extend the discovery cutoff for 30 days.

Because both parties will suffer prejudice if an extension is not granted, good cause exists for granting an extension of the discovery deadline. The parties do not expect that this extension will affect the remaining deadlines set by the Court in this action.

The parties respectfully request that the Court grant this stipulated request to extend the discovery deadline, currently set for March 8, by 30 days to for the limited purpose of completing necessary depositions in this case.

Dated:  February 15, 2017              Respectfully submitted,

                                       SHOOK HARDY & BACON L.L.P.

                                       By: */s/ Edward B. Gaus*
                                           Andrew L. Chang
                                           Edward B. Gaus

                                       Attorneys for Defendant
                                       FORD MOTOR COMPANY


Dated:  February 15, 2017              LAW OFFICES OF DEAN APLER

                                       By: */s/ Dean A. Alper (as authorized on 2/15/17)*
                                           Dean A. Alper

                                       Attorney for Plaintiff
                                       UNIVERSAL NORTH AMERICA INSURANCA COMPANY


**ORDER**

In accordance with the foregoing stipulation of the parties, and good cause appearing, the discovery deadline in this case, currently set for March 8, 2017, is hereby extended for 30 days to April 7, 2017.

Dated:  February 22, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE