Dean A. Alper, Esq.  State Bar No. 117305
ALPER & McCULLOCH
100 Drakes Landing Road, Suite 160
Greenbrae, CA  94904-3120
daa@alpermcculloch.com
Tel: (415) 785-8814
Fax: (415) 785-8831

Attorneys for Plaintiff
**Universal North America Insurance Company**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL NORTH AMERICA INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> FORD MOTOR COMPANY, <br><br> Defendant. | Case No. **2:16-cv-00487-MCE-EFB** <br><br> **ORDER EXTENDING DEADLINES** <br><br> **Judge: Honorable Morrison C. England, Jr.** |

    Having received and reviewed Plaintiff's Ex Parte Application for Extension of Expert Discovery and Dispositive Motion Deadlines (ECF No. 17), and good cause appearing,

    IT IS HEREBY ORDERED that the following dates in in this case are extended as follows:

| **Current Schedule** | **Revised Schedule** |
|---|---|
| | |
| Expert Disclosure         May 12, 2017 | June 20, 2017 |
| Expert Rebuttal Disclosures    June 5, 2017 | July 13, 2017 |
| File dispositive Motions    September 5, 2017 | October 20, 2017 |

   IT IS SO ORDERED.

Dated:  May 12, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE