Dean A. Alper, Esq.  State Bar No. 117305
ALPER & McCULLOCH
100 Drakes Landing Road, Suite 160
Greenbrae, CA  94904-3120
daa@alpermcculloch.com
Tel: (415) 785-8814
Fax: (415) 785-8831

Attorneys for Plaintiff
**Universal North America Insurance Company**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL NORTH AMERICA INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. **2:16-cv-00487-MCE-EFB**<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; ORDER THEREON**<br><br>**Judge: Honorable Morrison C. England, Jr**. |

The parties, Universal North America Insurance Company and Defendant Ford Motor Company, through the signatures of their counsel on this Stipulation, hereby stipulate as follows:

1. Plaintiff's entire complaint against Defendant, including all causes of action alleged therein, is hereby dismissed with prejudice according to the terms of the Settlement Agreement; and

///.

2. All parties shall bear their own attorneys' fees and costs.

IT IS SO STIPULATED.

**DATED:** November 6, 2018          **ALPER & McCULLOCH**

By: /s/ Dean A. Alper
Dean A. Alper, Esq.
**Attorneys for Plaintiff**
**Universal North America**
**Insurance Company**

**DATED:** November 6, 2018          **SHOOK HARDY & BACON, LLP**

By: /s/ Edward B. Gaus
Edward B. Gaus, Esq.
**Attorneys for Defendant**
**Ford Motor Company**

### ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

In accordance with the foregoing stipulation of the parties, and good cause appearing, all claims in this action are hereby dismissed, with prejudice, against all Defendants named in this case pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. The matter having now been resolved in its entirety, the Clerk of Court is directed to close the file.

**IT IS SO ORDERED.**

Dated: November 13, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE